UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

RAMON PORTES

Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 664 ( ) ( )

Defendant __RAMON PORTES__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

_X_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

/s/ Ramon Portes by JCM on consent
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Ramon Portes
Print Defendant's Name

_____
Defendant's Counsel's Signature

Ivan E. Mercado
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/21/2020
Date

_____
U.S. District Judge/U.S. Magistrate Judge